Samuel and Stein  
Fee Submission

---

## Selection Criteria

Clie.Selection         Include: Baten, Oscar

---

Nickname       Baten, Oscar | 303  
Full Name

| Date / ID | Timekeeper / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 6/6/2016 15456 | David N. / Conference / Initial meeting with Oscar Baten to discuss potential case against Caliente Cab Co. | 325.00 | 1.10 | 357.50 | Billable |
| 6/9/2016 15457 | David N. / Research / Research defendants and begin drafting complaint | 325.00 | 2.50 | 812.50 | Billable |
| 6/10/2016 13492 | David S. / Draft / Review/edit/modify David Nieporent's draft complaint. | 400.00 | 0.60 | 240.00 | Billable |
| 6/10/2016 15458 | David N. / Draft / Finalize complaint | 325.00 | 1.70 | 552.50 | Billable |
| 7/18/2016 13712 | David S. / Conference / Telephone conference with opposing counsel re: request for extension of time to answer complaint and stipulation in regard thereto. | 400.00 | 0.10 | 40.00 | Billable |
| 7/19/2016 13725 | David S. / Correspondence / Telephone message from, and email from and to, opposing counsel re: request for extension of time to answer complaint and acceptance of service on behalf of defendants. | 400.00 | 0.10 | 40.00 | Billable |
| 7/21/2016 13733 | David S. / Correspondence / Review/edit/modify opposing counsel's proposed stipulation extending time to answer the complaint (.1); email to opposing counsel re: the foregoing (.1). | 400.00 | 0.20 | 80.00 | Billable |
| 7/27/2016 13793 | David S. / Review / Review/analyze affidavits of service on defendants East 33rd Street Restaurant and Anthony Brasco (.1); email from and to opposing counsel re: stipulation extending time for defendants to answer the complaint (.1). | 400.00 | 0.20 | 80.00 | Billable |
| 7/27/2016 13794 | David S. / Draft / Filing via ECF affidavits of service on defendants East 33rd Street Restaurant and Anthony Brasco. | 125.00 | 0.10 | 12.50 | Billable |

| 4/26/2017 | Samuel and Stein | |
| 4:28 PM | Fee Submission | Page 2 |

Baten, Oscar: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/18/2016 13932 | David S. Draft | 400.00 | 1.30 | 520.00 | Billable |
| | Drafting/preparing initial draft of joint letter for Judge Schofield in preparation for Aug. 31 initial conference (.9); preparing initial draft of case management plan (.4). | | | | |
| 8/19/2016 13939 | David S. Correspondence | 400.00 | 0.10 | 40.00 | Billable |
| | Email to opposing counsel re: pre-initial conference proposed joint letter and case management plan. | | | | |
| 8/23/2016 13962 | David S. Correspondence | 400.00 | 0.30 | 120.00 | Billable |
| | Emails to and from opposing counsel, and telephone conference with opposing counsel's associate, re: status of joint letter and proposed case management plan (.2); review opposing counsel's proposed additions to joint letter (.1). | | | | |
| 8/24/2016 13967 | David S. Correspondence | 400.00 | 0.30 | 120.00 | Billable |
| | Finalizing joint pre-initial conference letter to Judge Schofield (.1); emails to and from opposing counsel re: the foregoing (.2). | | | | |
| 8/24/2016 13968 | David S. Draft | 125.00 | 0.10 | 12.50 | Billable |
| | Filing via ECF joint pre-initial conference letter to Judge Schofield and proposed case management plan. | | | | |
| 8/30/2016 14000 | David S. File Review | 400.00 | 0.60 | 240.00 | Billable |
| | Conduct file review in preparation for tomorrow's initial conference before Judge Schofield. | | | | |
| 8/31/2016 14001 | David S. Court | 400.00 | 0.40 | 160.00 | Billable |
| | Court appearance before Judge Schofield re: initial conference (including .2 spent waiting in the courtroom for case to be called). | | | | |
| 8/31/2016 14002 | David S. Court | 200.00 | 1.00 | 200.00 | Billable |
| | Travel time to and from Southern District re: initial conference before Judge Schofield (BILLED AT HALF-TIME). | | | | |
| 9/6/2016 14027 | David S. Correspondence | 400.00 | 0.30 | 120.00 | Billable |
| | Email from and to opposing counsel re: his request to extend deadline to stipulate to collective action and plaintiff's settlement demand (.2); email from and to opposing counsel re: his proposed letter to Judge Schofield re: request for extension of date by which to stipulate to collective action, and review of foregoing letter (.1). | | | | |

| 4/26/2017 | | Samuel and Stein | | | | |
| 4:28 PM | | Fee Submission | | | | Page 3 |

Baten, Oscar: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/12/2016 14063 | David S. Correspondence Emails to and from opposing counsel re: whether defendants will be stipulating to collective action and defendants' response to plaintiff's settlement demand. | 400.00 | 0.10 | 40.00 | Billable |
| 9/13/2016 14076 | David S. Conference Telephone conference with opposing counsel re: defendants' calculation of damages, assumptions made in regard thereto, defendants' settlement offer, and whether defendants will stipulate to collective certification (.3); email to and from opposing counsel re: when defendant Brasco sold the restaurant and spreadsheet of defendants' calculation of demages (.1). | 400.00 | 0.40 | 160.00 | Billable |
| 9/14/2016 14083 | David S. Conference Two telephone conferences with, and telephone message from, opposing counsel re: defendants' unwillingness to stipulate to collective certification proposed briefing schedule, and defendants' settlement offer of yesterday (.3); email to opposing counsel re: to what defendants would agree to stipulate in regard to collective certification (.1); emails from and to opposing counsel re: letter to Judge Schofield re: briefing schedule and review of aforementioned letter (.1). | 400.00 | 0.50 | 200.00 | Billable |
| 9/16/2016 14111 | David S. Correspondence Email to opposing counsel re: plaintiff's discovery demands to defendants, Rule 26 disclosures, and letter in regard to the foregoing. | 400.00 | 0.10 | 40.00 | Billable |
| 9/16/2016 15459 | David N. Review Review file and draft requests for admission, requests for documents, and interrogatories for service on defendants; prepare Rule 26 disclosures | 325.00 | 1.90 | 617.50 | Billable |
| 9/19/2016 14115 | David S. Conference In-person conference with client, with the assistance of Spanish interpreter, re: defendants' Sept. 13 settlement offer, client's rejection thereof, intention to move for collective certification, and his knowledge about how other back-of-the-house employees were paid (.6); email to opposing counsel re: client's rejection of defendants' settlement offer (.1). | 400.00 | 0.70 | 280.00 | Billable |
| 9/20/2016 14132 | David S. Correspondence Email from and to opposing counsel re: possible resolution. | 400.00 | 0.10 | 40.00 | Billable |
| 9/27/2016 14216 | David S. Conference Telephone message from and for, and subsequent telephone conference with, opposing counsel re: case and possible early resolution. | 400.00 | 0.30 | 120.00 | Billable |

4/26/2017  
4:28 PM

Samuel and Stein  
Fee Submission

Page 4

Baten, Oscar: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/6/2016<br>14273 | David S.<br>Conference<br>Emails from and to, and telephone message from and for, opposing counsel re: scheduling telephone conference to discuss defendants' most recent production of documents. | 400.00 | 0.10 | 40.00 | Billable |
| 10/7/2016<br>14294 | David S.<br>Conference<br>Telephone message from, and subsequent telephone conference with, opposing counsel re: whether we have had an opportunity to review additional records that he provided to us. | 400.00 | 0.10 | 40.00 | Billable |
| 10/10/2016<br>14302 | David S.<br>Correspondence<br>Emails to and from opposing counsel re: request for extension of time to file our motion for collective certification. | 400.00 | 0.10 | 40.00 | Billable |
| 10/14/2016<br>15460 | David N.<br>Conference<br>Prepare client declaration for collective action (.8); meet with client to review declaration, defendants' document production, and defendants' discovery demands (1.5) | 325.00 | 2.30 | 747.50 | Billable |
| 10/21/2016<br>15461 | David N.<br>Draft<br>Review file and prepare discovery responses to defendants' requests for documents and interrogatories; meeting with potential opt-in client Fernando Baten | 325.00 | 4.20 | 1,365.00 | Billable |
| 10/24/2016<br>15462 | David N.<br>Review<br>Review defendants' responses to discovery | 325.00 | 2.10 | 682.50 | Billable |
| 10/26/2016<br>14396 | David S.<br>Conference<br>Telephone conference with opposing counsel re: new plaintiff's wanting to join the case and, therefore, our inability to settle the case at this time. | 400.00 | 0.10 | 40.00 | Billable |
| 10/26/2016<br>14397 | David S.<br>Draft<br>Filing via ECF consent to sue on behalf of opt-in Fernando Baten. | 125.00 | 0.10 | 12.50 | Billable |
| 10/28/2016<br>15463 | David N.<br>Prep Pleadings<br>Prepare motion for collective certification and all supporting papers | 325.00 | 1.60 | 520.00 | Billable |
| 11/2/2016<br>14522 | David S.<br>Correspondence<br>Emails from and to opposing counsel re: his request for extension of collective action motion briefing schedule and our concern about the discovery end date and the judge's statement that she would not extend that. | 400.00 | 0.20 | 80.00 | Billable |

Case 1:16-cv-05404-JCF   Document 46-2   Filed 04/26/17   Page 5 of 10

4/26/2017
4:28 PM
Samuel and Stein
Fee Submission
Page     5

Baten, Oscar: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/3/2016<br>14533 | David S.<br>Correspondence<br>Emails from and to opposing counsel re: his request for extension of time to file opposition to motion for collective certification and due date for our reply papers. | 400.00 | 0.10 | 40.00 | Billable |
| 11/7/2016<br>14542 | David S.<br>Correspondence<br>Email to opposing counsel re: his writing to the judge to request modified briefing schedule. | 400.00 | 0.10 | 40.00 | Billable |
| 11/9/2016<br>14555 | David S.<br>Correspondence<br>Review of letter filed by opposing counsel to Judge Schofield re: modified briefing schedule for opposition and reply for motion for collective certification (.1). emails to and from opposing counsel re: mistake that he made in foregoing letter to Judge Schofield, and the need for him to write again to the judge to correct the same (.1). | 400.00 | 0.20 | 80.00 | Billable |
| 11/29/2016<br>14654 | David S.<br>Draft<br>Filing via ECF reply memorandum of law in support of motion for collective certification. | 125.00 | 0.10 | 12.50 | Billable |
| 11/29/2016<br>15464 | David N.<br>Prep Pleadings<br>Review defendants' opposition and prepare reply papers in support of collective certification motion | 325.00 | 0.90 | 292.50 | Billable |
| 12/5/2016<br>14686 | David S.<br>Conference<br>Telephone conference with Judge Schofield's chambers re: providing courtesy copy of fully-briefed motion for collective certification (.1); drafting/preparing letter to Judge Schofield re: the foregoing courtesy copy (.3). | 400.00 | 0.40 | 160.00 | Billable |
| 12/6/2016<br>14689 | David S.<br>Draft<br>Drafting/preparing notices of deposition for defendants Caliente Cab and Anthony Brasco, as well as letter to opposing counsel re: foregoing notices and responsibilities of 30(b)(6) deponent in regard to preparation for the deposition (.8); email to opposing counsel re: foregoing notices of deposition and letter to opposing counsel (.1). | 400.00 | 0.90 | 360.00 | Billable |
| 12/7/2016<br>14710 | David S.<br>Correspondence<br>Emails from and to opposing counsel re: deposition notices directed to plaintiffs and our unavailability on the date selected. | 400.00 | 0.10 | 40.00 | Billable |

| | | | | |
|---|---|---|---|---|
| 4/26/2017 | | Samuel and Stein | | |
| 4:28 PM | | Fee Submission | | Page 6 |

Baten, Oscar: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/8/2016<br>15465 | David N.<br>Conference<br>Meeting with client Oscar Baten to prepare him for his deposition | 325.00 | 0.90 | 292.50 | Billable |
| 12/15/2016<br>14761 | David S.<br>Correspondence<br>Review/edit/modify David Nieporent's draft response to opposing counsel's letter of yesterday re: objection and clarification prior to deposition of defendants' 30(b)(6) designee (.2); email to opposing counsel re: foregoing responsive letter (.1). | 400.00 | 0.30 | 120.00 | Billable |
| 12/15/2016<br>15466 | David N.<br>Conference<br>Meeting with client Fernando Baten to prepare him for his deposition | 325.00 | 0.70 | 227.50 | Billable |
| 12/16/2016<br>15467 | David N.<br>Preparation<br>Review file and prepare deposition outline | 325.00 | 3.20 | 1,040.00 | Billable |
| 12/19/2016<br>14784 | David S.<br>Deposition<br>Second chair depositions of defendants Caliente Cab and Brasco. | 400.00 | 1.60<br>1.60 | 640.00<br>640.00 | No Charge |
| 12/19/2016<br>15468 | David N.<br>Deposition<br>Take deposition of defendants Anthony Brasco and East 33rd Street Restaurant Corp. | 325.00 | 2.30 | 747.50 | Billable |
| 12/21/2016<br>14795 | David S.<br>Deposition<br>Conduct file review in preparation for depositions of plaintiff Oscar Baten and opt-in Fernando Baten (.7); email to and from opposing counsel re: my being a few minutes late to the depositions (.1); defendant depositions of plaintiff Oscar Baten (2.0) and Fernando Baten (.5). | 400.00 | 3.30 | 1,320.00 | Billable |
| 1/16/2017<br>14906 | David S.<br>Correspondence<br>Email from and to opposing counsel re: whether the parties are interested in participating in a settlement conference. | 400.00 | 0.10 | 40.00 | Billable |
| 1/17/2017<br>14914 | David S.<br>Correspondence<br>Emails from and to opposing counsel re: defendants' agreement to participate in a settlement conference, letter in regard thereto, tomorrow's status conference before Judge Schofield and rescheduling the same, and review of aforementioned letter to Judge Schofield. | 400.00 | 0.20 | 80.00 | Billable |
| 1/20/2017<br>14946 | David S.<br>Conference<br>Conduct file review in preparation for today's telephone post-discovery status conference with Judge Schofield (.3); post-discovery telephone conference with Judge Schofield (including .7 spent waiting for case to be | 400.00 | 1.40 | 560.00 | Billable |

| 4/26/2017 | | Samuel and Stein | | | |
| 4:28 PM | | Fee Submission | | | Page   7 |

Baten, Oscar: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | called) (.8); three ttelephone conferences with Magistrate Judge Francis' law clerk re: possible dates for conducting settlement conference (.2); emails to and from opposing counsel re: the foregoing (.1). | | | | |
| 1/23/2017<br>14954 | David S.<br>Correspondence<br>Drafting/preparing letters to plaintiff Oscar Baten and opt-in Fernando Baten re: Mar. 1 settlement conference with Magistrate Judge Francis and instructions and details in regard thereto. | 400.00 | 0.40 | 160.00 | Billable |
| 1/24/2017<br>14957 | David S.<br>Conference<br>In-person conference with plaintiff Oscar Baten and opt-in Fernando Baten, and Spanish interpreter, re: Mar. 1 settlement conference with Magistrate Judge Francis and details and instructions in regard thereto. | 400.00 | 0.30 | 120.00 | Billable |
| 2/14/2017<br>15075 | David S.<br>Correspondence<br>Emails from and to opposing counsel re: opt-in Fernando Baten's dates of employment and amount of damages owed to him. | 400.00 | 0.10 | 40.00 | Billable |
| 2/27/2017<br>15469 | David N.<br>Draft<br>Prepare ex parte settlement position statement for Magistrate Judge Francis | 325.00 | 1.80 | 585.00 | Billable |
| 2/28/2017<br>15185 | David S.<br>Conference<br>Telephone message for and from, emails from and to, telephone and conference with, opposing counsel re: plaintiffs' reduced settlement demand and derivation of calculations in regard thereto. | 400.00 | 0.30 | 120.00 | Billable |
| 3/1/2017<br>15191 | David S.<br>Court<br>Conduct file review in preparation for today's settlement conference before Magistrate Judge Francis (.9); in-person conference with David Nieporent, Esq., in preparation for today's settlement conference (.3); court appearance before Magistrate Judge Francis re: settlement conference (2.0); preparing consent to magistrate judge form, and email the same to opposing counsel (.1). | 400.00 | 3.30 | 1,320.00 | Billable |
| 3/1/2017<br>15192 | David S.<br>Court<br>Travel time to and from Southern District re: court appearance before Magistrate Judge Francis (BILLED AT HALF-TIME). | 200.00 | 1.00 | 200.00 | Billable |
| 3/3/2017<br>15200 | David S.<br>Correspondence<br>Email from and to opposing counsel re: execution of consent to magistrate judge form. | 400.00 | 0.10 | 40.00 | Billable |

Baten, Oscar: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/3/2017<br>15201 | David S.<br>Draft<br>Filing via ECF consent to magistrate judge form. | 125.00 | 0.10 | 12.50 | Billable |
| 3/3/2017<br>15470 | David N.<br>Draft<br>Prepare first draft of settlement agreement | 325.00 | 1.40 | 455.00 | Billable |
| 3/6/2017<br>15217 | David S.<br>Review<br>Review/edit/modify David Nieporent's draft settlement agreement (.6); email to opposing counsel re: settlement agreement (.1). | 400.00 | 0.70 | 280.00 | Billable |
| 3/16/2017<br>15268 | David S.<br>Correspondence<br>Emails to and from opposing counsel re: status of his review of the settlement agreement. | 400.00 | 0.10 | 40.00 | Billable |
| 3/22/2017<br>15294 | David S.<br>Correspondence<br>Emails to and from opposing counsel re: status of his review of settlement agreement. | 400.00 | 0.10 | 40.00 | Billable |
| 4/3/2017<br>15358 | David S.<br>Review<br>Review/edit/modify opposing counsel's proposed changes to the settlement agreement. | 400.00 | 0.40 | 160.00 | Billable |
| 4/4/2017<br>15368 | David S.<br>Correspondence<br>Email to opposing counsel re: our review of defendants' proposed changes to settlement agreement (.2); emails from and to M.J. Francis' law clerk re: status of settlement agreement and fairness letter (.1). | 400.00 | 0.30 | 120.00 | Billable |
| 4/6/2017<br>15391 | David S.<br>Conference<br>Emails from and to, and telephone conference with, opposing counsel re: final, unresolved term of settlement agreement - due date of initial installment payment (.3); review of opposing counsel's proposed revision to the settlement agreement re: foregoing issue (.1); email to opposing counsel re: final version of settlement agreement (.1). | 400.00 | 0.50 | 200.00 | Billable |
| 4/19/2017<br>15408 | David S.<br>Correspondence<br>Emails from and to opposing counsel re: defendants' execution of settlement agreement and refusal to sign confession of judgment at this time. | 400.00 | 0.30 | 120.00 | Billable |
| 4/20/2017<br>15418 | David S.<br>Conference<br>Telephone message for, and subsequent telephone conference with, opposing counsel re: defendants' failure to execute confession of judgment | 400.00 | 0.30 | 120.00 | Billable |

| 4/26/2017 | Samuel and Stein | | |
|---|---|---|---|
| 4:28 PM | Fee Submission | Page | 9 |

Baten, Oscar: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | (.2); email from and to opposing counsel re: proposed letter to M.J. Francis requesting additional time to file fairness papers, and review of letter in regard thereto (.1). | | | | |
| 4/25/2017 15453 | David S. Correspondence Emails to and from opposing counsel re: status of defendants' execution of confession of judgment. | 400.00 | 0.10 | 40.00 | Billable |
| 4/26/2017 15471 | David N. Draft Prepare fairness letter for court | 325.00 | 1.50 | 487.50 | Billable |

| TOTAL | Billable Fees | | 54.30 | | $18,925.00 |
|---|---|---|---|---|---|
| | No Charge | | 1.60 | $640.00 | |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 7/7/2016 13493 | David S. Filing Fee Complaint filing fee. | 400.00 | 1.000 | 400.00 | Billable |
| 7/18/2016 13792 | David S. Service Fee Fee for service of process on defendants East 33rd Street Restaurant and Anthony Brasco. | 125.00 | 1.000 | 125.00 | Billable |
| 8/31/2016 14003 | David S. Travel Subway fare to and from Southern District re: initial conference before Judge Schofield. | 5.50 | 1.000 | 5.50 | Billable |
| 12/19/2016 14900 | David S. Depo. Cost Costs for depositions of defendants Anthony Brasco and Caliente Cab. | 590.20 | 1.000 | 590.20 | Billable |
| 3/1/2017 15193 | David S. Travel Subway fare to and from Southern District re: court appearance before Magistrate Judge Francis. | 5.50 | 1.000 | 5.50 | Billable |
| 3/1/2017 15194 | David S. Interpretation/Translation Fee for Spanish interpreter at settlement conference before Magistrate Judge Francis ($35.00/hr. x 2 hrs.). | 70.00 | 1.000 | 70.00 | Billable |

| 4/26/2017 | Samuel and Stein | |
|---|---|---|
| 4:28 PM | Fee Submission | Page 10 |

Baten, Oscar: (continued)

| | Amount | Total |
|---|---|---|
| TOTAL Billable Costs | | $1,196.20 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $18,925.00 |
| Total of Costs (Expense Charges) | | $1,196.20 |
| Total new charges | | $20,121.20 |
| New Balance Current | $20,121.20 | |
| Total New Balance | | $20,121.20 |